UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SHANE CLENDENIN 48186

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. CHAD HUNT et al.
Van Buren County Jail

(Enter above the full name of the defendant or defendants in this action.)

FILED - GR
October 24, 2022 1:42 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB 10/24

1:22-cv-996
Ray Kent
U.S. Magistrate Judge

## COMPLAINT

I. Previous Lawsuits

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      N/A

   2. Is the action still pending? Yes ☐ No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision? Yes ☐ No ☐

   4. Is the appeal still pending? Yes ☐ No ☐

      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐

      If so, explain: _____

II. Place of Present Confinement VAN BUREN COUNTY JAIL

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:
N/A

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **SHANE CLENDENIN**
Address **205 S. Kalamazoo St. Paw Paw, MI 49079**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 **Chad Hunt**
Position or Title **Lieutenant-Jail Administrator**
Place of Employment **Van Buren County Jail**
Address **205 S. Kalamazoo St. Paw Paw, MI 49079**
Official and/or personal capacity? **Official and personal**

Name of Defendant #2 **Daniel Abbott**
Position or Title **Sheriff**
Place of Employment **Same as #1**
Address
Official and/or personal capacity? **Official and Personal**

Name of Defendant #3 **Mike Shannon**
Position or Title **Sergeant**
Place of Employment **Same as #1**
Address
Official and/or personal capacity? **Official and Personal**

Name of Defendant #4 **Heath Jorriy**
Position or Title **Sergeant**
Place of Employment **Same as #1**
Address
Official and/or personal capacity? **Official and Personal**

Name of Defendant #5 **Unknown Tesser**
Position or Title **Corrections Officer**
Place of Employment **Van Buren County Jail**
Address **205 S. Kalamazoo St. Paw Paw, MI 49079**
Official and/or personal capacity? **Official and Personal**

III. **Parties**

  A. Plaintiff(s)

  Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

  Name of Plaintiff __Shane Clendenin__
  Address __205 S. Kalamazoo St. Paw Paw, MI 49079__

  B. Defendant(s)

  Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

  Name of Defendant #6 __Unknown Dipwizinski__
  Position or Title __Corrections Officer__
  Place of Employment __Van Buren County Jail__
  Address __205 S. Kalamazoo St. Paw Paw, MI 49079__
  Official and/or personal capacity? __Official and Personal__

  Name of Defendant #2 __Unknown Bingamen__
  Position or Title __Same as #6__
  Place of Employment
  Address
  Official and/or personal capacity?

  Name of Defendant #3 __Unknown Weekly__
  Position or Title __Same as #6__
  Place of Employment
  Address
  Official and/or personal capacity?

  Name of Defendant #4 __Unknown Gilbert__
  Position or Title __Same as #6__
  Place of Employment
  Address
  Official and/or personal capacity?

  Name of Defendant #5 __Unknown Kelly__
  Position or Title __Same as #6__
  Place of Employment
  Address
  Official and/or personal capacity?

III. **Parties**

   A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Shane Clendenin__
Address __205 S. Kalamazoo St. Paw Paw, MI 49079__

   B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 __Unknown Rhodes__
Position or Title __Corrections Officer__
Place of Employment __Van Buren County Jail__
Address __205 S. Kalamazoo St. Paw Paw, MI 49079__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #2 __Unknown Drew__
Position or Title __Sergeant__
Place of Employment __Van Buren County Jail__
Address __205 S. Kalamazoo St. Paw Paw, MI 49079__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #3 __Unknown Miles__
Position or Title __Corrections Officer - terminated over this__
Place of Employment __Unknown - terminated from jail__
Address __Unknown__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #4 __Greg Pentland__
Position or Title __Detective Van Buren County Jail/Sheriff__
Place of Employment __Van Buren County Sheriff__
Address __205 S. Kalamazoo St. Paw Paw, MI 49079__
Official and/or personal capacity? __Official and Personal__

Name of Defendant #5 __Jim Ditz__
Position or Title __Sergeant__
Place of Employment __Michigan State Police__
★ Address __108 W. Michigan Ave Paw Paw MI 49079__
Official and/or personal capacity? __Official and Personal__

-4-

IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On 5-10-22 I Shane Clendenin Began getting harrassed and death Threats by inmate Paul Ellis. At that Point I started writing Kites to gaurds about my safty. The gaurds included are Co. Heath, Jocrry Co. Tessar, Co DiPwizinski, Co Bingman, Co Weekly, Co. Gilbert and Co. miles. These 9 Kits were sent thru these officers to Greog Pentland and Jim Ditz of the MI State Police.

5-29-22 I was asked to quit wrighing Kits so at That point I verbaly told Co. Tessar and Co Bingman that I wanted to press Charges on 5-30-22 and 5-31-22 for Thrathning an intimidating Behavior. My Kits and Verbal Requests were ignored up to this point.

On 5-31-22 approximatley 10:00pm I was Stabbed after this accured I was pulled into the hall and given a bandaid by Co. Tesser, Co. miles, and Co Kelly which was the extent of my medical care for the incident.

6-1-22 I Started Trying to notify Sherriff Daniel ABBott, It took 4 sepearate attempts to get a reply on 6-3-22 he replied by puling me out to the Interigation room asked me if I had any one to help me on the outside. I replied yes and he Led me to belive that I was going to be released on a PIZ bond with tether (which never happened).

On the Following dates in June I Started asking

-5-

IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

For medical and counseling attenchien For The reoccuring nightmares and severe, emotional thoughts about Fearing For my Life! June 2nd 8th 22nd and 27th I was Not seen until July 5th I was told there was nothing that could be done For me. I Let the CMH Dr. Know that I couldn't sleep Becuse the Sounds of Doors slamming and Keys Jingling put me in a State of Fear For my Life. I Lost Countless nights of Sleep due to Co. Rhodes)Intenchling doing These Things Because of the information I gave CMH was leaked out

7-5-22 to 7-13-22 I countinued wrighting Kits To MR Chad Hunt and MR. ABBott and No Reply.

On 7-13-22 around 3:30PM Inmate Mike Blashill was put Back In my Cell after Being moved down The Rock and Back through all of This he started threating me I told Co. gilbert he also did Nothing

7-14-22 I Shone Clendenin after Staying up all night Scaird For my Life I ended up having To Figh with Inmate Mike Blashill I was taken From my cell an put in The hole (Dorm 6)

On 7-14-22 In The hole was Inmate Paul Ellis I quickly Relized what was going on and had To Fight For my Life with The guy That Stabbed me. I was Throwen Too The ground and cuffed and moved to a Cell In Booking bay Mike Shannon

(Last Revised: June 2013)

IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On 7-18-22 I got seen on my ticket for fighting for my life I got 21 days from Sgt Doroo. I did 10 days with no shower no change of closes, no mat no blanket on a concreat floor with blood from the 2 inmates on me

7-25-22 I was taken from Booking cell to C-13 It is a Seg unit for the remaning of my days wich I got a staff infection from being on disiplan with no shower, no change of close for 21 days

as for now I am still being punished I am still in the Seg unit I still get ignored buy most gards they refused to anser my kites and will not give me informashion that I need for courts or give me names or reports for all these incedents.

Please help me Thanks for your time!!!

-7-

(Last Revised: June 2013)

V. Relief

State briefly and precisely what you want the court to do for you.

I would like the court to wave the fees and start the civel sute. also serve the 15 co's listed. my civel wrights have been vilated and I want to do somthing about it.

10-16-2022
Date

Signature of Plaintiff   48186

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

-8-

(Last Revised: June 2013)

Inmate: Clendenin, Shane Cl2
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079



THIS MAIL IS FROM A
PERSON INCARCERATED AT
THE VAN BUREN COUNTY JAIL

399 Federal Bldg
110 michigan ST NW
grand Rapids MI
49503

2 of 2