UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SHANE CLENDENIN,

        Plaintiff,                    Case No. 1:22-cv-996

v.                                         Honorable Ray Kent

CHAD HUNT et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  May 2, 2023                         /s/ Ray Kent
                                                          Ray Kent
                                                          United States Magistrate Judge